IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BROUTY, et al., | ) | CASE NO. 1:22-CV-01885 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| KEYBANK NATIONAL ASSOCIATION, et al., | ) | ORDER STAYING CASE PENDING DETERMINATION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| | ) | |
| Defendants. | ) | |

Before the Court is Defendant KeyBank National Association's Motion to Stay Action Pending Disposition of Motion to Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (ECF No. 9).  For the reasons stated in this Court's Order in *Bozin, et al. v. KeyBank, N.A., et al.*, case no. 1:22-cv-01536 dated January 3, 2023 (ECF No. 31), a copy of which is attached hereto and incorporated herein by reference, Defendant's Motion is GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this action is stayed pending a decision by the Judicial Panel on Multidistrict Litigation in *In re KeyBank Customer Data Security Breach Litigation*, MDL No. 3056, on whether the KeyBank/OSC data breach litigation will be centralized.  All deadlines, including Answer dates for KeyBank and Overby-Seawell Company, are hereby stayed pending further Order of this Court.

**IT IS SO ORDERED.**

**Date: January 5, 2023**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**